Ted Stepovich, Esq
841 I Street
Anchorage, Alaska 99501
Ph:  907-272-9322
Fax: 907-277-1373
Email: Ted@akdltlaw.com

Attorney for Plaintiff.

James H. Juliussen
Law Office of James H. Juliussen
19041 Mountain Point Circle
Eagle River, Alaska 99577
Phone: 907-622-1333
Email: jamesjuliussen@gci.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Jeff Francis, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Mat-Su Valley Medical | ) | |
| Center, LLC d/b/a Alaska | ) | |
| Regional Medical Center, | ) | |
| | ) | |
| _____ | ) | Case No.  3:15-cv-00076-JWS |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated, by the parties, as evidenced by the signatures of their counsel below, that the above-entitled action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated this 18th  day of May, 2017.

Page 1    Francis vs. Mat-Su Valley Medical Center, LLC.  3:15-cv-00076-JWS

```
Ted Stepovich, Esquire          James H. Juliussen
s/ Ted Stepovich                s/James H. Juliussen
The Law Office of Ted Stepovich Law Office of James H. Juliussen
841 I Street                    19041 Mountain Point Circle
Anchorage, Alaska 99501         Eagle River, Alaska 99577

Counsel for Plaintiff           Counsel for Defendant
```