UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| Jeff Francis | v. | Mat-Su Valley Medical Center, LLC |
| Honorable John W. Sedwick | | 3:15-cv-00076-JWS |
| Order from Chambers | | May 22, 2017 |

_____

The parties' stipulation for dismissal with prejudice, each party bearing such party's own costs and fees at docket 27, is effective without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The final pre-trial conference and the trial are VACATED. The Clerk will please close this case.

_____